**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |  |
|---|---|---|
| DAQUAN BEARD and ALLEN STEMBRIDGE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRAMMER LOGISTICS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:24-cv-2240-SEB-TAB |

## NOTICE OF WITHDRAWAL OF ATTORNEY

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as of December 11, 2025, attorney Melanie Alsworth's appearance is hereby withdrawn as counsel for Plaintiffs Daquan Beard and Allen Stembridge, individually and on behalf of all others similarly situated, and should be removed from the service list. All other attorneys at Lichten & Liss-Riordan, P.C. who are currently listed as counsel of record shall remain as counsel of record and should not be removed from the service list.

IT IS SO ORDERED

Dated: December 11, 2025

/s/ Melanie Alsworth
Melanie Alsworth
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston MA, 02116
Phone: 617-994-5800
Email: malsworth@llrlaw.com

Attorneys for Plaintiffs
Daquan Beard and Allen Stembridge